38 So.2d 334

### Ex parte CITY OF MOBILE.

I Div. 346.

Supreme Court of Alabama.
Jan. 20, 1949.

Harry Seale, of Mobile, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., amici curiæ.

Holberg, Tully & Aldridge, of Mobile, for respondent.

SIMPSON, Justice.

Mandamus to review a pre-trial order of the circuit judge in a prosecution by the City of Mobile against one Mabel Prince for violating a provision of the City Ordinance against the possession of lottery paraphernalia.

On authority of Ex parte City of Mobile, post, p. 539, 38 So.2d 330, the writ is granted.

Writ granted.

BROWN, FOSTER, LIVINGSTON, LAWSON, and STAKELY, JJ., concur.